# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**PAMELA WAGNER,**                           :

   **Plaintiff**                                    :         **CIVIL ACTION NO. 3:16-0228**

   **v.**                                             :                **(JUDGE MANNION)**

**H. JAMES RIPPON ENTERPRISES** :
**d/b/a MCDONALD'S**
                                                :

   **Defendant**

## O R D E R

The Mediator has reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

                                               *s/ Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**Dated:   August 23, 2016**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2016 ORDERS\16-0228-09.wpd